IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES OF THE SUBURBAN TEAMSTERS )
OF NORTHERN ILLINOIS WELFARE AND )
PENSION FUNDS, )
)
          Plaintiffs, )
) No. 2015 C 6477
v. )
) Judge Bucklo
)
GRANDMA JO'S TRUCKING, LLC, )
an Indiana limited liability company ) Magistrate Judge Valdez
)
          Defendant. )

## MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on July 24, 2015 for collection of delinquent contributions plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2. Corporate service was made upon GRANDMA JO'S TRUCKING, LLC, an Indiana limited liability company was made on the Defendant on August 2, 2015 and a copy of the proof of service was filed with the court on August 5, 2015.

3. Defendant is now in default as to the Complaint and as supported by the attached Affidavits the sums due are:

| | |
|---:|---|
| $5,626.86 | Pension |
| $7,305.60 | Welfare |
| $925.00 | Attorneys fees |
| $460.00 | Court costs |
| $14,317.46 | |

WHEREFORE, Plaintiffs pray for:

1. Entry of judgment against Defendant, GRANDMA JO'S TRUCKING, LLC, an Indiana limited liability company, and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION AND WELFARE FUNDS in the amount of $14,317.46

> TRUSTEES OF THE SUBURBAN TEAMSTERS
> OF NORTHERN ILLINOIS PENSION AND
> WELFARE FUNDS
>
> s/John J. Toomey
> ARNOLD AND KADJAN
> 203 N. LaSalle Street, Suite 1650
> Chicago, IL 60601
> Telephone No.: (312) 236-0415
> Facsimile No.: (312) 341-0438
> Dated: August 25, 2015